UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HANNAH,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>U.S. DEPARTMENT OF VETERAN AFFAIRS OAKLAND REGIONAL OFFICE,<br><br>　　　　　　　Defendant. | Case No.: 10-CV-04858-LHK<br><br>ORDER SETTING DATE FOR DEFENDANT'S REPLY REGARDING MOTION TO DISMISS |

The Defendant filed a Motion to Dismiss this case for lack of jurisdiction on December 9, 2010. Plaintiff filed an Opposition to this Motion on March 11, 2011. The Motion is currently set for hearing on April 21, 2011. The Court orders that the Defendant file any Reply brief in support of its Motion by March 30, 2011. If appropriate, the Court will issue an Order on this Motion based on the submitted papers and will vacate the hearing set for April 21, 2011, pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
LUCY H. KOH
United States District Judge